*Changes to legislation:* There are outstanding changes not yet made by the legislation.gov.uk editorial team to Evidence (Proceedings in Other Jurisdictions) Act 1975. Any changes that have already been made by the team appear in the content and are referenced with annotations. (See end of Document for details)



# Evidence (Proceedings in Other Jurisdictions) Act 1975

**1975 CHAPTER 34**

*Evidence for civil proceedings*

**1  Application to United Kingdom court for assistance in obtaining evidence for civil proceedings in other court.**

Where an application is made to the High Court, the Court of Session or the High Court of Justice in Northern Ireland for an order for evidence to be obtained in the part of the United Kingdom in which it exercises jurisdiction, and the court is satisfied—

(a) that the application is made in pursuance of a request issued by or on behalf of a court or tribunal ("the requesting court") exercising jurisdiction in any other part of the United Kingdom or in a country or territory outside the United Kingdom; and

(b) that the evidence to which the application relates is to be obtained for the purposes of civil proceedings which either have been instituted before the requesting court or whose institution before that court is contemplated,

the High Court, Court of Session or High Court of Justice in Northern Ireland, as the case may be, shall have the powers conferred on it by the following provisions of this Act.

**Annotations:**

**Modifications etc. (not altering text)**

C1   S. 1 extended by S.I. 1976/428, **art. 2** and Patents Act 1977 (c. 37), **s. 92(1)**

**Changes to legislation:**
There are outstanding changes not yet made by the legislation.gov.uk editorial team to Evidence (Proceedings in Other Jurisdictions) Act 1975. Any changes that have already been made by the team appear in the content and are referenced with annotations.

**Changes and effects yet to be applied to the whole Act, associated Parts and Chapters:**
- Blanket Amendment words substituted by 2005 c. 4 Sch. 11 para. 1(2)

**Commencement Orders yet to be applied to the Evidence (Proceedings in Other Jurisdictions) Act 1975:**
Commencement Orders bringing legislation that affects this Act into force:
- S.I. 2005/910 art. 3 commences (2003 c. 39)
- S.I. 2009/1604 art. 2 commences (2005 c. 4)
- S.S.I. 2011/178 art. 2 commences (2010 asp 13)